UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 1369

08 MAY -1 AM 11:43

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Docket No. |
| Plaintiff, | ) ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) ) | |
| Elias CARDENAS-Rincon, | ) ) ) | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |
| Defendant | ) ) ) | |

The undersigned complainant, being duly sworn, states:

On or about **April 30, 2008** within the Southern District of California, defendant, **Elias CARDENAS-Rincon**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 1st DAY OF MAY, 2008

Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Elias CARDENAS-Rincon

## PROBABLE CAUSE STATEMENT

On April 30, 2008, Supervisory Border Patrol Agent J. Anderson was performing line watch operations near Jacumba, California. This area is located approximately twenty five miles east of the Tecate, California, Port of Entry, and approximately one mile north of the United States/Mexico International Border.

At approximately 1:30 A.M., Border Patrol Agent Bouchard, who was operating an infrared scope, informed Agent Anderson of seven individuals walking near his location. Agent Anderson responded to the area and located the group. He identified himself as a United States Border Patrol Agent. He then conducted an immigration inspection. All seven, including one later identified as the defendant **Elias CARDENAS-Rincon**, admitted to being citizens and nationals of Mexico without any immigration documents to be present in the United States legally. All seven individuals were arrested and transported to the Boulevard Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **May 5, 2005** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.